RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Joshua Fox

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00250-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| JOSHUA FOX, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender LARONDA MARTIN, counsel for JOSHUA FOX, Deputy Attorney General Todd Blanche, and Assistant United States Attorney MELINDA BREWER, counsel for the United States of America, that the pre-trial motion due date currently scheduled for April 10, 2026, be vacated and set to a date and time convenient to this Court, but no sooner than ten (10) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including April 20, 2026, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 4, 2026, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 11, 2026, to file any and all replies to dispositive motions.

The Stipulation to continue is entered into for the following reasons:

1.     First, the failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

2.     The client is currently detained and consents to the continuance.

3.     Defendant Fox has pending charges in Nevada state case C-25-3888437 whereby he is charged with Sex Trafficking, Live from Earnings of Prostitute, Battery Constituting Domestic Violence by Strangulation, Sexual Assault, and Ownership or Possession of a Firearm by Prohibited Person.  The firearm in the state case may be related to the instant case.

4.     Defense counsel filed a Notice of Attorney Appearance on February 6, 2026. Counsel and defendant need additional time to conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or be resolved through negotiations.

5.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete

necessary research, prepare and submit appropriate pretrial motions.

6.    The proposed date would allow counsel to represent other clients zealously and still allow for meaningful investigation and litigation of this case, including the filing of pretrial and trial motions.

7.    Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

8.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third stipulation to continue filed herein.

DATED this 23rd day March, 2026.

| RENE L. VALLADARES | TODD BLANCHE |
|---|---|
| Federal Public Defender | Deputy Attorney General |

By:*/s/Keisha K. Matthews*          By:*/s/Melinda Brewer*

| KEISHA K. MATTHEWS | MELINDA BREWER |
|---|---|
| Assistant Federal Public Defender | Assistant U.S. Attorney |
| Counsel for Joshua Fox | Counsel for United States |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00250-APG-EJY |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| JOSHUA FOX, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The continuance of the pretrial motion deadline is necessary for the following reasons. First, the failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The client is detained and consents to the continuance.

3. Defendant Fox has pending charges in Nevada state case C-25-3888437 whereby he is charged with Sex Trafficking, Live from Earnings of Prostitute, Battery Constituting Domestic Violence by Strangulation, Sexual Assault, and Ownership or Possession of a Firearm by Prohibited Person. The firearm in the state case may be related to the instant case.

4. Defense counsel filed a Notice of Attorney Appearance on February 6, 2026. Counsel and defendant need additional time to conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and

whether the case will ultimately go to trial or be resolved through negotiations.

5.    The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to complete necessary research, prepare and submit appropriate pretrial motions.

6.    The proposed date would allow counsel to represent other clients zealously and still allow for meaningful investigation and litigation of this case, including the filing of pretrial and trial motions.

7.    Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

8.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third stipulation to continue filed herein.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including April 20, 2026 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including May 4, 2026 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including May 11, 2026 to file any and all replies.

DATED this 24th day of March, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE